# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELILAH P.,<br><br>                                    Plaintiff,<br><br>        v.<br><br>FRANK BISIGNANO, Acting<br>Commissioner of Social Security,<br><br>                                    Defendant. | Case No.:  25-cv-00320-DMS-JLB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>**[ECF No. 17]** |

On February 25, 2026, United States Magistrate Judge Jill L. Burkhardt filed a Report and Recommendation for an order granting Plaintiff's merits brief, (*see* ECF No. 12), reversing the decision of the Commissioner of Social Security, (*see* Admin. R., ECF No. 6, at 17–28)[1], and remanding the matter to the Commissioner for further administrative proceedings.  (R. & R., ECF No. 17, at 22.)[2]  The parties had fourteen (14) days to file objections to the Report and Recommendation. (*Id.*)  No party filed an objection.

The district court reviewing a decision of the Commissioner of Social Security may enter a "judgment affirming, modifying, or reversing" the Commissioner's decision.  42

---

[1] Citations to page numbers correspond to the Administrative Record's pagination.

[2] *Delilah P. v. Bisignano*, No. 25-CV-00320-DMS-JLB, 2026 WL 539342 (S.D. Cal. Feb. 25, 2026).

U.S.C. § 405(g). "[R]emand is proper where additional administrative proceedings could remedy defects" in the decision. *Kail v. Heckler*, 722 F.2d 1496, 1497 (9th Cir. 1984). "The district judge must 'make a de novo determination of those portions of the report . . . to which objection is made,' and 'may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate.'" *Campuzano v. Comm'r of Soc. Sec.*, No. 20-CV-721-WQH-WVG, 2021 WL 3848164, at *1 (S.D. Cal. Aug. 27, 2021) (quoting 28 U.S.C. § 636(b)(1)). However, the district judge need not review de novo those portions of a report and recommendation to which neither party objects. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."). The Court has reviewed the record, parties' briefing, and Report and Recommendation. The Court finds the Report and Recommendation to be correct, well-reasoned, and thorough, and thus adopts it in every respect.

Accordingly, the Court **GRANTS** Plaintiff's merits brief; **REVERSES** the decision of the Administrative Law Judge dated December 27, 2024 denying Plaintiff's applications for disability insurance benefits and supplemental security income, (Admin. R. 17–28), which became final on January 17, 2025 upon the Appeals Council's denial of review, (*id.* at 1–6); and **REMANDS** this matter to the Commissioner pursuant to 42 U.S.C. § 405(g) for further administrative action consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

Dated: March 16, 2026

Hon. Dana M. Sabraw
United States District Judge

25-cv-00320-DMS-JLB